**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:07CV46-V**

| | | |
|---|---|---|
| **QBE INSURANCE CORPORATION,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **MARKET BASKET FOOD STORES, INC.,** | ) | |
| **and STEPHEN HUNT,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendants' "Motion[s] for Admission Pro Hac Vice" (documents ## 8 and 9) filed May 24, 2007, seeking respectively the admission of Kyle M. Keegan and Dustin R. Bagwell. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: May 25, 2007

_Carl Horn, III_
_____

Carl Horn, III
United States Magistrate Judge